IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> OSCAR SOTO RODRIGUEZ <br><br> DEBTOR | CASE NUMBER: 18-05210 ESL <br><br> CHAPTER 13 |

DEBTOR'S REPORT OF STATUS OF INVESTIGATION OF ASUME RECORDS

TO THE HONORABLE COURT:

Comes now the debtor, through the undersigned counsel, and respectfully represents:

1. A hearing has been scheduled for April 3, 2019.

2. At the hearing the matters to be considered are the confirmation of the plan dated November 1, 2018 and Desiray Diaz's Motion to Dismiss, Debtor's Reply Creditor's Reply (dockets 35, 45 and 48).

3. The debtor's position is and has been that he is current in post petition payments, and that there is a legitimate dispute as to the amounts owed to creditor Desiray Díaz regarding pre-petition payments. At this time Creditor Desiray Díaz and ASUME have both filed claims which include duplicate amounts, which exceed the amount actually owed by debtor. As a result of the Order entered by the Honorable Rosabelle Padín Batista, Judge of the Caguas Superior Court on March 25, 2019, ASUME is to review and adjust the case record within 20 days. Although this period goes beyond the date of the hearing, Special Counsel for debtor has met with ASUME and has reason

In Re: Oscar Soto Rodríguez	Case No. 18-05210 ESL

Page 2

to believe that the report will be ready by, April 2, 2019. The plan has not been amended because the undersigned counsel believes that the investigation will result in the amendment of the Claim by ASUME, and the amendment of the plan at this juncture, may be superfluous. Copy of the order is attached.

4. Any delay in relation to the actual determination of the balance owed, has not been caused by debtor, who only seeks to confirm a plan to pay the actual amount owed.

Wherefore, debtor respectfully prays that this Honorable Court takes the above stated in consideration In view of the pending hearing.

**CERTIFICATE OF SERVICE**: I hereby certify that on March 29, 2019I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, which include the Office of the United States Trustee. FRBP 1007(c).

*s/ Teresa M. Lube Capo*
TERESA M. LUBE CAPO, ESQ.
USDC 122205
LUBE & SOTO LAW OFFICES
Attorneys for debtor: Oscar Soto Rodríguez
1130 F.D. ROOSEVELT AVE.
SAN JUAN, PUERTO RICO 00920-2906
TEL.: 722-0909, 294-5120
E-MAIL: lubeysoto@gmail.com